IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff(s)**<br><br>v.<br><br>HECTOR VELEZ-RODRIGUEZ[1],<br><br>**Defendant(s)** | **CRIMINAL NO.** 06-265 (JAG) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Before the Court is a Report and Recommendation issued by Chief Magistrate Judge Justo Arenas on January 17, 2008. (Docket No. 67). In the Report and Recommendation, the Magistrate Judge recommends that the Motion to Suppress filed by defendant Hector Velez Rodriguez ("defendant") on November 7, 2007 (Docket No. 27) be granted.

No objections to the Magistrate Judge's Report and Recommendation were filed within the time frame provided by the Federal Rules of Criminal Procedure and this Court's Local Rules. See Fed.R.Crim.P. 11; 28 U.S.C. § 636(b)(1)(B); D.P.R. Local Crim. R. 147(b).

After reviewing the record, the Court agrees with the arguments, factual and legal conclusions within the Report and Recommendation. Therefore, the Court hereby ADOPTS the Magistrate

Crim No. 06-265 (JAG)                                              2

Judge's Report and Recommendation in its entirety and accordingly, GRANTS defendant's Motion to Suppress.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 5th day of February 2008.

<u>S/Jay A. Garcia-Gregory</u>
JAY A. GARCIA-GREGORY
United States District Judge